UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDATA TECHNOLOGIES, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 09-CV-6353 (LMM) (THK) |
| v. | ) |
| | ) |
| AMERICAN EPAY INC. and | ) **JURY TRIAL DEMAND** |
| MEDICAL MANAGEMENT TECHNOLOGY | ) |
| GROUP, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James Hanft of the law firm of Schiff Hardin LLP appears for Defendant American Epay, Inc. in connection with this pending action.

Dated: September 23, 2011                     Respectfully submitted,


                                              By:    /s James E. Hanft
                                                     James E. Hanft, Esq.
                                                     Schiff Hardin, LLP
                                                     666 Fifth Avenue, 17th Floor
                                                     New York, NY  10103
                                                     Telephone: (212) 753-9530
                                                     Facsimile (212) 753-5044
                                                     Email: jhanft@schiffhardin.com

                                                     Attorneys for Defendant American
                                                     EPAY, Inc.

NY\51056743.1

CERTTIFICATE OF SERVICE

    I declare under penalty of perjury that I caused the electronic service of the foregoing **NOTICE OF APPEARANCE** pursuant to Local Rule 52 and EFF 9.1 on the following:

        Thomas A. O'Rourke
        Bodner & O'Rourke
        425 Broadhollow Rd., Suite 120
        Melville, NY  11747
        Email: torourke@bodernerorourke.com

Executed on September 23, 2011.

        By:  __/s James E. Hanft_____
             James E. Hanft, Esq.
             Schiff Hardin, LLP
             666 Fifth Avenue, 17th Floor
             New York, NY  10103
             Telephone: (212) 753-9530
             Facsimile (212) 753-5044
             Email: jhanft@schiffhardin.com

             Attorneys for Defendant American EPAY, Inc.