**DOC # 39**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDATA TECHNOLOGIES, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 09-CV-6353 (LMM) (THK) |
| v. | ) ECF Case |
| | ) |
| AMERICAN EPAY INC. and | ) **MOTION FOR ADMISSION** |
| MEDICAL MANAGEMENT TECHNOLOGY | ) ***PRO HAC VICE*** |
| GROUP, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

Defendant American Epay Inc. ("Epay"), by and through its counsel, hereby moves the Court, pursuant to Rule 1.3 of the Local Rules of the Unites States Courts for the Southern and Eastern Districts of New York, for an Order admitting to practice in this court *Pro Hac Vice* for purposes of this litigation Attorneys James Pristelski and John Alex of the law firm of Cook Alex, 200 West Adams Street, Suite 2850, Chicago, Ill. 60606.

In support of this motion, Epay states that all of the above attorneys are members in good standing of the Bar of the State of Illinois and submits the Declarations of Mssrs. Pristelski and Alex that attach copies of their Certificates of Good Standing.

Dated: October 24, 2011

Respectfully submitted,

By: _____
James E. Hanft, Esq.
Schiff Hardin, LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
Telephone: (212) 753-9530
Facsimile (212) 753-5044
Email: jhanft@schiffhardin.com

Attorneys for Defendant American EPAY, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDATA TECHNOLOGIES, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 09-CV-6353 (LMM) (THK) |
| v. | ) ECF Case |
| | ) |
| AMERICAN EPAY INC. and | ) **[PROPOSED] ORDER FOR** |
| MEDICAL MANAGEMENT TECHNOLOGY | ) **ADMISSION *PRO HAC VICE*** |
| GROUP, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

The motion of American Epay Inc., for admission of James Pristelski and John Alex to practice *Pro Hac Vice* is granted.

Applicants have declared that they are members in good standing of the bars of the State of Illinois; and that their contact information is as follows:

> James S. Pristelski
> Cook Alex
> 200 West Adams Street
> Suite 2850
> Chicago, Illinois 60606
> 312.236.8500 (Main)
> 312.236.8176 (Fax)
> jpristelski@cookalex.com

> John Alex
> Cook Alex
> 200 West Adams Street
> Suite 2850
> Chicago, Illinois 60606
> 312.236.8500 (Main)
> 312.236.8176 (Fax)
> jalex@cookalex.com

Applicants having requested admission *Pro Hac Vice* to appear for all purposes as counsel for American Epay Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicants are admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: _____

_____

United States District/Magistrate Judge

NY\51067979.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDATA TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EPAY INC. and<br>MEDICAL MANAGEMENT TECHNOLOGY<br>GROUP, INC.<br><br>Defendants. | ) <br> ) <br> ) <br> ) CASE NO. 09-CV-6353 (LMM) (THK)<br> ) ECF Case<br> ) <br> ) **DECLARATION OF JOHN**<br> ) **ALEX IN SUPPORT**<br> ) **OF MOTION FOR ADMISSION**<br> ) *PRO HAC VICE*<br> ) <br> ) |

I, John Alex, declare as follows:

1. I am a shareholder at the law firm of Cook Alex Ltd.

2. I am and have been a member in good standing of the Bar of the State of Illinois, and I attach as an exhibit hereto a Certificate of Good Standing as required by Joint Local Rule 1.3(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: Oct. 10 2010

/s/ John Alex
John Alex

NY\51067982.1



## ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
### of the
### SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

John Louis Alex
Cook Alex, Ltd.
200 W Adams St
Ste 2850
Chicago, IL 60606-5206



RECEIVED
OCT 05 2011

COOK ALEX LTD.

Chicago
October 4, 2011

In re: John Louis Alex
Admitted: 11/15/1962
Attorney No. 0027189

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Thomas Peters
Registrar

TP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDATA TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EPAY INC. and<br>MEDICAL MANAGEMENT TECHNOLOGY<br>GROUP, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>) CASE NO. 09-CV-6353 (LMM) (THK)<br>) ECF Case<br>)<br>) **DECLARATION OF JAMES**<br>) **PRISTELSKI IN SUPPORT**<br>) **OF MOTION FOR ADMISSION**<br>) *PRO HAC VICE*<br>)<br>) |

I, James Pristelski, declare as follows:

1. I am Of Counsel at the law firm of Cook Alex Ltd.

2. I am and have been a member in good standing of the Bar of the State of Illinois since 1973, and I attach as an exhibit hereto a Certificate of Good Standing as required by Joint Local Rule 1.3(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: Oct 11, 2011

James Pristelski

NY\51067980.1



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

James Stanley Pristelski
Cook Alex Ltd.
200 West Adams Street, Suite 2850
Chicago, IL. 60606

RECEIVED
OCT 05 2011
COOK ALEX LTD.

Chicago
October 4, 2011

In re: James Stanley Pristelski
Admitted: 5/22/1973
Attorney No. 2256002

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Thomas Peters
Registrar

TP

CERTIFICATE OF SERVICE

I declare under penalty of perjury that I caused service of the foregoing **MOTION FOR PRO HAC VICE ADMISSION** and the supporting **DECLARATION OF JAMES PRISTELSKI** and **DECLARATION OF JOHN ALEX** by U.S. Mail on the following:

>Thomas A. O'Rourke
>Bodner & O'Rourke
>425 Broadhollow Rd., Suite 120
>Melville, NY 11747
>Email: torourke@bodnerorourke.com

Executed on October 24, 2011.

By: _____
James E. Hanft, Esq.
Schiff Hardin, LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
Telephone: (212) 753-9530
Facsimile (212) 753-5044
Email: jhanft@schiffhardin.com

Attorneys for Defendant American EPAY, Inc.

NY\51067975.1