*McKenna, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: 10/25/2011
```

SANDATA TECHNOLOGIES, INC.            )
                                      )
                    Plaintiff,        )
                                      )   CASE NO. 09-CV-6353 (LMM) (THK)
v.                                    )   ECF Case
                                      )
AMERICAN EPAY INC. and                )   [PROPOSED] ORDER FOR
MEDICAL MANAGEMENT TECHNOLOGY         )   ADMISSION *PRO HAC VICE*
GROUP, INC.                           )
                                      )
                    Defendants.       )
                                      )

The motion of American Epay Inc., for admission of James Pristelski and John Alex to

practice *Pro Hac Vice* is granted.

Applicants have declared that they are members in good standing of the bars of the State

of Illinois; and that their contact information is as follows:

> James S. Pristelski
> Cook Alex
> 200 West Adams Street
> Suite 2850
> Chicago, Illinois 60606
> 312.236.8500 (Main)
> 312.236.8176 (Fax)
> jpristelski@cookalex.com
>
> John Alex
> Cook Alex
> 200 West Adams Street
> Suite 2850
> Chicago, Illinois 60606
> 312.236.8500 (Main)
> 312.236.8176 (Fax)
> jalex@cookalex.com

Applicants having requested admission *Pro Hac Vice* to appear for all purposes as

counsel for American Epay Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicants are admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: _10/25/11_

United States District ~~Judge~~

NY\51067979.1