IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Thomas A. O'Rourke (TO7526)
BODNER & O'ROURKE, LLP
425 Broadhollow Road, Ste. 120
Melville, NY 11747

Attorneys for Plaintiff
SANDATA TECHNOLOGIES, INC.

---

| | |
|---|---|
| SANDATA TECHNOLOGIES, INC. ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | Civil Action No. 09-cv-06353 (LMM)(THK) |
| ) | |
| v. ) | Hon. Lawrence McKenna |
| ) | |
| AMERICAN EPAY, INC. ) | Magistrate Judge Theodore Katz |
| ) | |
| Defendant(s). ) | |
| ) | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND ORDERED**, by and between the undersigned attorneys of record for the Plaintiff and Defendants in this action, that this matter is settled, and

**IT IS FURTHER STIPULATED AND ORDERED**, that the above action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys fees.

Dated:  New York, New York
        December 28, 2011

BODNER & O'ROURKE, LLP

By: [signature]
Thomas A. O'Rourke (TO-7526)
425 Broadhollow Road, Suite 108
Melville, NY 11747
Tel.: (631) 249-7500
Attorneys for Plaintiff

COOK ALEX

By: [signature]
James S. Pristelski
200 West Adams Street, Suite 2850
Chicago, IL 60606
Tel.: (312) 236-8500
Attorneys for Defendants

SO ORDERED.

_____
Honorable Lawrence McKenna
United States Magistrate Judge