McKenna, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Thomas A. O'Rourke (TO7526)
BODNER & O'ROURKE, LLP
425 Broadhollow Road, Ste. 120
Melville, NY 11747

Attorneys for Plaintiff
SANDATA TECHNOLOGIES, INC.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/05/2012
```

SANDATA-TECHNOLOGIES, INC. )
            )
    Plaintiff(s), )
            )  Civil Action No. 09-cv-06353 (LMM)(THK)
            )
    v.       )  Hon. Lawrence McKenna
            )
AMERICAN EPAY, INC.  )  Magistrate Judge Theodore Katz
            )
    Defendant(s). )
            )

## STIPULATION OF DISMISSAL + ORDER

**IT IS HEREBY STIPULATED AND ORDERED**, by and between the undersigned attorneys of record for the Plaintiff and Defendants in this action, that this matter is settled, and

**IT IS FURTHER STIPULATED AND ORDERED**, that the above action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys fees.

Dated: New York, New York
    December 28, 2011

BODNER & O'ROURKE, LLP

By: _/s/ Thomas A. O'Rourke_
Thomas A. O'Rourke (TO-7526)
425 Broadhollow Road, Suite 108
Melville, NY 11747
Tel.: (631) 249-7500
Attorneys for Plaintiff

COOK ALEX

By: _/s/ James S. Pristelski_
James S. Pristelski
200 West Adams Street, Suite 2850
Chicago, IL 60606
Tel.: (312) 236-8500
Attorneys for Defendants

SO ORDERED.

_____
Honorable Lawrence McKenna
United States Magistrate Judge